UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 20-1429CBD |
| | ) | |
| CHARLES NABIT | ) | |

DEFENDANT CHARLES NABIT'S MOTION FOR
PERMISSION TO TRAVEL WITH HIS SON

Defendant Charles Nabit, by Steven A. Allen, his counsel, submits this Motion to obtain permission for two one-day round trips from Baltimore to Tampa, Florida for the purpose of taking his 13 year old son to a tennis school, which is located a short distance from Tampa, and one week later to pick up his son and bring him back home to Maryland.

1. Defendant Nabit has two children, Alex, age 13, and Grace, age 14.

2. Mr. Nabit's two children are currently with his wife Mary Kay Nabit at a family residence in Bethany Beach, Delaware.

3. Before Mr. Nabit was charged in this case, he made arrangements for his son Alex to attend the Saddlebrook Tennis School, 5700 Saddlebrook Way, Wesley Chapel, Florida 33543, which is approximately 25 miles from Tampa, Florida.

4. The program at Saddlebrook Tennis School will begin on Sunday, June 21 and last a period of one week, ending on Saturday, June 27.

5. Alex is very excited about and looking forward to attending the one week program at the Saddlebrook Tennis School.

6. Charles Nabit is requesting the Court's permission to make a one-day round trip on Sunday, June 21, 2020, to take Alex to the Saddlebrook Tennis School. Mr. Nabit and Alex will fly to Tampa on Southwest flight #6619, leaving Baltimore-Washington Thurgood Marshall Airport ("BWI") at 8:00 am. The flight is scheduled to arrive in Tampa at 10:20 am.[1]

7. After the plane lands in Tampa, Mr. Nabit will take Alex to the Saddlebrook Tennis School, check him in, and attend orientation for children and parents.

8. Mr. Nabit will return to Baltimore on the same day on Southwest flight #367, which is scheduled to depart Tampa at 6:55 pm and arrive at BWI at 9:15 pm.

9. On Saturday, June 27, Mr. Nabit would make a one-day round trip from Baltimore to the Saddlebrook Tennis School to pick up Alex and bring his son home to Baltimore. Mr. Nabit will fly from BWI to Tampa on Southwest flight #1501, leaving at 7:00 am, scheduled to arrive in Tampa at 9:20 am, and then return to Baltimore on Southwest flight #6667, to depart from Tampa and arrive at BWI at 3:40 pm and 5:55 pm, respectively.

---

[1] Under the Conditions of Release Mr. Nabit is not permitted to travel to Bethany Beach, Delaware on the 20th to pick up his son to bring him back to Baltimore so the son and Mr. Nabit can take the 8:00 am flight on the 21st. Mr. Nabit will drive on the 20th to the Ocean City area, approximately 20 miles from Bethany Beach, and Mr. Nabit's wife Mary Kay Nabit, with whom the parents' two children are currently with in Bethany Beach, will meet Mr. Nabit in Maryland with Alex so that Mr. Nabit can then take his son to the family home in Baltimore for the next day's trip. After dropping Alex off with Mr. Nabit, Mary Kay will return to Bethany Beach where she is with their daughter, Grace.

10. Mr. Nabit's son Alex, a rising eighth grader, has not previously flown unaccompanied on a commercial airline. For safety reasons he needs to be accompanied by an adult.

11. Mr. Nabit's wife, Mary Kay Nabit, is unavailable to travel with Alex on June 21 and June 27. It has always been the family plan that Mr. Nabit would take Alex to the Saddlebrook Tennis School and then pick him up to return to Baltimore. Mary Kay Nabit is currently in Bethany Beach with their daughter Grace. In addition, the events associated with Mr. Nabit's arrest have been very emotionally draining for Mary Kay, and it would be extremely difficult for her to have to make two lengthy one-day round trips between Baltimore and the tennis school in Florida.

12. Mr. Nabit has fully complied with the Order Setting Conditions of Release and is not a flight risk.

13. In compliance with the Conditions of Release:

a. Prior to Mr. Nabit returning to his home after his release from custody, the firearm was removed from the residence and on the same day given to the Baltimore City Police Department for disposal.

b. Mr. Nabit timely surrendered his passport to the Clerk on June 12.

c. Mr. Nabit has executed the Defendant's Appearance Bond and Agreement to Forfeit Property, which was delivered to the Baltimore City Land Records Office, with the necessary filing fee, for recording on Friday, June 12. The property bond in this case is secured by a multi-million dollar property.

      d.      Mr. Nabit timely signed the Order Setting Conditions of Release on June 11.  The executed Order was provided to the Clerk, the Government and the Pre-Trial Services Officer on that day.

      e.      Mr. Nabit has been in touch with and is cooperating with his Pre-Trial Services Officer, Jessica Weisman.

      f.      Mr. Nabit is in compliance with all of the other conditions of his release.

14.    Pre-Trial Services Officer Weisman has indicated that because Mr. Nabit has been on pre-trial release for a short period of time he has not yet established a history of compliance and thus has not consented to the travel.  Defendant understands the Pre-Trial Services Officer's position, however, the request to travel is based on a pre-existing commitment to his son to take him to the tennis school.   Since Mr. Nabit's wholly unexpected arrest on June 11, and his release that day, Mr. Nabit has done everything which has required of him including posting a large property bond.

15.    The nature and circumstances of Mr. Nabit's offense, the allegation that he was a customer who paid women for sex, is not the type of offense, particularly given the large property bond in this case and Mr. Nabit's lack of prior criminal record, which should defeat the purpose of the travel, to benefit his son. [2]

---

[2]    Because of the COVID-2019 situation, undersigned counsel had only about 10 to 15 minutes to meet with Mr. Nabit by Zoom prior to Mr. Nabit's Initial Appearance.  Counsel was unable at that time to learn prior to the Initial Appearance about Mr. Nabit's pending trip to the tennis school and the need for Mr. Nabit to accompany the son on it.  Accordingly, counsel was unable to address this issue with the Court during Mr. Nabit's Initial Appearance.  Mr. Nabit, however, since his release has scrupulously followed the

16.     The Government has advised that it is unwilling to consent to Mr. Nabit's proposed trip to take his son to the Saddlebrook Tennis School and pick him up a week later for a different reason.  The Government has advised counsel that its position, notwithstanding Mary Kay Nabit's unavailability, is that she should accompany the son.

17.     Mr. Nabit's request to take his young son to the tennis school and then pick him up a week later is not for the purpose of enabling Mr. Nabit to take a vacation or pleasure trip.  The two single day round-trips, totaling each day approximately four and one-half hours of flying time and approximately one and one-half to two hours of drive time to and from the airport to the tennis school, are for the purpose of a father safely transporting his son to and from an important activity for the son so that the son can participate in it.  Mr. Nabit's request is neither extraordinary nor unreasonable.  He will only be out of Maryland for a portion of each day to complete the round trip for the benefit of his son.

17.     The Government will not suffer any prejudice if the request is approved.

For the foregoing reasons it is requested that Defendant Charles Nabit's Motion for Permission to Travel be granted.

---

Conditions of Release and notwithstanding the lack of a lengthy post-release track record has demonstrated compliance with his release conditions.

Respectfully submitted,

*/s/ Steven A. Allen*
Steven A. Allen (Federal Bar Number 00607)
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
410-339-6769
410-8321-5601(facsimile)
sallen@pklaw.com
*Attorney for Defendant Charles Nabit*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2020, the foregoing Motion was served via e-filing and by e-mail to Assistant United States Attorney Mary Setzer, Mary.Setzer@usdoj.gov and Pre-Trial Services Officer Jessica Weisman, Jessica_Weisman@mdp.uscourts.gov.

*/s/ Steven A. Allen*
Steven A. Allen