**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | Case No. 20-mj-1429-CBD |
| CHARLES NABIT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Please enter the appearance of Aidan F. Smith as additional counsel for Defendant, Charles Nabit.

*/s/ Aidan F. Smith*
Aidan F. Smith (Federal Bar No. 29312)
asmith@pklaw.com
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
410-339-6764
410-832-5633 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of July, 2020, the foregoing Entry of Appearance was served upon counsel for the United States via electronic filing.

*/s/ Aidan F. Smith*
Aidan F. Smith (Federal Bar No. 29312)