# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * Criminal No. 20-MJ-01429-CBD |
| | * |
| **CHARLES NABIT,** | * |
| | * |
| **Defendant.** | * |
| | * |

\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

Please enter the appearance of Daniel A. Loveland, Assistant United States Attorney for the District of Maryland, as counsel on behalf of the United States.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:  /s/
Daniel A. Loveland
Assistant United States Attorney
36 South Charles St., 4th Floor
Baltimore, Maryland 21201
Tel.: (410) 209-4800