FILED ___ ENTERED
___ LOGGED ___ RECEIVED

9:48 am  December 22, 2020
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ TTS ___, DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 20-1429-CBD |
| | * | |
| CHARLES NABIT, | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## ORDER

Having considered the Parties' Joint Motion to Exclude Time Within Which to Indict, it is,

ORDERED that the Court finds that any delay in the filing of an Indictment or Information in the above case between December 31, 2020 and March 1, 2021 shall be excluded pursuant to Title 18 U.S.C. § 3161(h)(7)(A), for the reasons set forth in the Government's motion.  And the time period between December 31, 2020 and March 1, 2021 is excluded from Speedy Trial Act calculations concerning the Defendant's trial.

Specifically, extraordinary circumstances exist such that the U.S. District Court for the District of Maryland previously suspended its criminal jury trials and grand jury meetings from March 16, 2020 through July 31, 2020 to prevent the spread of COVID-19.  The U.S. District Court for the District of Maryland has again suspended criminal jury trials and grand jury meetings through January 18, 2021.  The ends of justice are served by this requested delay.  The Court further finds, based on the foregoing facts and circumstances, that the ends of justice served by any extension and/or delay resulting from the continuance issued in this Order, outweigh the best interests of the public and the Defendant in a speedy trial.  Furthermore, the parties have represented that they have been in discussions concerning discovery and have jointly requested the

exclusions to further permit them to work through the Government's discovery and attempt to resolve discovery issues.

Therefore, the time from the date of arrest through March 1, 2021 is hereby excluded from computation of the time within which to Indict or file an Information under the Speedy Trial Act.

Further, the time from the date of arrest through March 1, 2021 is hereby excluded from computation of the time under the Speedy Trial Act for the purposes of commencing any trial against the Defendant.

Charles B. Day
Digitally signed by Charles B. Day
DN: cn=Charles B. Day, o=US District Court of MD, ou=USDC, email=mdd_cbdchambers@mdd.uscourts.gov, c=US
Date: 2020.12.21 18:17:02 -05'00'

The Honorable Charles B. Day
United States Magistrate Judge