# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | Case No. 20-mj-1429-CBD |
| v. | * | (Criminal Information No. 21-cr-38-GLR) |
| CHARLES NABIT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE**

It is this 17th day of March, 2021

1. ORDERED that Defendant Nabit's Motion to Amend Conditions of Release is hereby GRANTED;

2. AND IT IS FURTHER ORDERED that the Conditions of Release previously established at the time of Defendant Nabit's initial appearance on June 10, 2020 are hereby modified, to permit Defendant Nabit to travel to Bethany Beach and nearby locations in Delaware without first having to obtain a Court Order authorizing such travel, subject to the requirements that in advance of each trip to Delaware he shall notify the Pre-Trial Services Agency of the trip and notify the Pre-Trial Services Agency upon his return and that on each occasion when he spend the night in Delaware he stay at his residence in Bethany Beach, 31650 Ocean Way.



_____
United States Magistrate Judge
J. Mark Coulson